IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**TODD ROBBEN,**

Petitioner,

v.

**JOHN D'AGOSTINI,**

Respondent.

Case No. 2:16-cv-02742 CMK

**ORDER**

Respondent has moved for a 30-day enlargement of time within which to file a response to the petition in this matter.

GOOD CAUSE APPEARING, IT IS ORDERED that Respondent's motion is granted. The response to the petition shall be filed on or before December 17, 2017.

Dated: November 21, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order (2:16-cv-02742 CMK)