UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD CHRISTIAN ROBBEN,<br><br>Plaintiff,<br><br>v.<br><br>JOHN D'AGOSTINI,<br><br>Defendant. | No. 2:16-cv-02742-MCE<br><br><br>**MEMORANDUM AND ORDER** |

Plaintiff's Motion to Disqualify Judge England and Consolidate with 2:18-CV-2545-KJM-AC (ECF No. 54) is DENIED.

IT IS SO ORDERED.

Dated: February 27, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1