# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ROBBEN,<br><br>               Petitioner,<br><br>     v.<br><br>JOHN D'AGOSTINI,<br><br>               Respondent. | No. 2:16-CV-2742-MCE-DMC-P<br><br><br>ORDER |

Petitioner's Motion for Reconsideration (ECF No. 64) is DENIED.

IT IS SO ORDERED.

Dated: May 31, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1